United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GURJUT S. SIDHU,                                    No. C 13-4287 SI

            Plaintiff,                              **ORDER REMANDING CASE TO THE
                                                    SUPERIOR COURT FOR THE COUNTY
   v.                                               OF ALAMEDA**

EDDIT BANSAG,

            Defendant.
_____/

On September 16, 2013, *pro se* defendant Eddit Bansag removed this unlawful detainer action from state court, asserting diversity jurisdiction as the basis for removal. This case was originally assigned to Magistrate Judge Corley, and on September 19, 2013, Judge Corley issued an Order to Show Cause finding that there is no federal jurisdiction because the complaint seeks less than $10,000 and defendant appears to be a citizen of California. The Order to Show Cause directed defendant to respond in writing by October 3, 2013, to demonstrate why this Court has jurisdiction. Defendant has not responded to the Order to Show Cause. On October 10, 2013, this case was reassigned to the undersigned judge.

The Court has reviewed the Notice of Removal and concludes that removal was improper and that this Court lacks jurisdiction for the reasons stated in the Order to Show Cause. Accordingly, the Court REMANDS this case to the Superior Court for the County of Alameda.

**IT IS SO ORDERED.**

Dated: November 8, 2013

SUSAN ILLSTON
United States District Judge